**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | EDTN No. 1:26-mj-159-SKL |
| v. | ) | |
| | ) | Charging Dist. No. 5:24-cr-652 |
| MICHAEL VICKERY | ) | Southern District of Texas |

## MEMORANDUM AND ORDER

Michael Vickery ("Defendant") came before the Court on May 22, 2026, in accordance with Rules 5 and 40 of the Federal Rules of Criminal Procedure, for an initial appearance on a Petition for Warrant or Summons for Person Under Supervision out of the United States District Court for the Southern District of Texas (the "Petition"). Those present for the hearing included:

(1)     AUSA Cynthia Davidson for the USA
(2)     Defendant, Michael Vickery
(3)     Attorney Nick Wallace with Federal Defender Services of Eastern Tennessee, as appointed counsel for defendant.

After being sworn in due form of law, Defendant was informed or reminded of his privilege against self-incrimination under the 5th Amendment and his right to counsel under the 6th Amendment to the United States Constitution. The Court determined that Defendant wished to be represented by an attorney and that he qualified for the appointment of an attorney to represent him at Government expense. Consequently, the Court **APPOINTED** Nick Wallace of Federal Defender Services of Eastern Tennessee, Inc., to represent Defendant with respect to further proceedings in this case in the Eastern District of Tennessee.

Defendant was furnished with a copy of the Petition and had the opportunity of reviewing it with his attorney. The Court determined Defendant was capable of being able to read and understand the documents. Defendant was informed of the offenses detailed in the Petition. Defendant acknowledged that he understood the offenses charged in the Petition.

The Court explained to Defendant that he had a right to transfer all hearings to which he is entitled to the United States District Court for the Southern District of Texas. Defendant elected to waive an identity hearing and any preliminary and/or detention hearing to which he is entitled in this Court, and to request transfer of those proceedings to the United States District Court for the Southern District of Texas. The Court confirmed that Defendant would be entitled to such

1

proceedings in the charging district at a date and time set by that Court.

The Court therefore **ORDERS** that:

1. Defendant be **DETAINED WITHOUT BOND** pending further proceedings in the United States District Court for the Southern District of Texas.

2. The U.S. Marshal shall transport Defendant to the United States District Court for the Southern District of Texas.

3. The Clerk of Court for the Eastern District of Tennessee shall promptly transmit all documents relating to this case to the Clerk of Court for the United States District Court for the Southern District of Texas.

4. The Clerk of Court for the United States District Court for the Southern District of Texas shall immediately notify the United States Attorney for such district of Defendant's arrival so that further proceedings may be promptly scheduled.

**SO ORDERED.**

s/ *Susan K. Lee*

SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE

2